UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Eric R. Perkins, Trustee
354 Eisenhower Parkway, Plaza Two
Livingston, New Jersey 07039
Telephone: 973-422-1100
E-mail: eperkins@becker.legal

In Re:

Alejandro Mendoza,

        Debtor.

Case No.:     14-33344 (VFP)

Chapter:     7

Judge:     Papalia

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 3011-1(a)

_____Eric R. Perkins_____, trustee in the above captioned matter states that the entire amount in the trustee's account has been disbursed and that the following funds remain unclaimed. The undersigned will immediately forward a check to the court in the amount of ____7,470.74____, payable to the Clerk, United States Bankruptcy Court. The parties entitled to said funds are listed below together with their last known address.

| PAYEE NAME AND ADDRESS | AMOUNT |
|---|---|
| Budd Larner Law Firm<br>150 John F. Kennedy Parkway<br>Short Hills, New Jersey 07078 | $7,470.74 |
| | |
| | |

| PAYEE<br>NAME AND ADDRESS | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Date: 9/15/2020             /s/Eric R. Perkins
                             Trustee

*rev.8/1/15*